UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL ALAN GRAHAM,

                Plaintiff,

vs.                                     Case No.  2:08-cv-616-FtM-29SPC

STATE OF FLORIDA, DEPARTMENT OF
CHILDREN & FAMILIES,

                Defendant.
_____

**OPINION AND ORDER**

     This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #14), filed September 12, 2008, recommending that plaintiff's Affidavit of Indigency, construed as a motion to proceed *in forma pauperis*, be denied and the case be dismissed for lack of jurisdiction.  No objections have been filed and the time to do so has expired.

     After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de*

*novo*, even in the absence of an objection.  See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #14) is hereby **accepted** and **adopted**.

2.  Plaintiff's Affidavit of Indigency (Doc. #13), construed as a motion to proceed *in forma pauperis*, is **DENIED** and the case is dismissed for lack of jurisdiction.

3.  The Clerk shall enter judgment dismissing the case for lack of jurisdiction, terminate all pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __13th__ day of October, 2008.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Unrepresented parties